IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00959-AP

DWAYNE R. GAVIN,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

    For Plaintiff:
    Michael A. Desaulniers
    Law Office of Michael W. Seckar, P.C.
    402 W. 12th Street
    Pueblo, CO 81003
    (719) 543-8636
    (719) 543-8403 (fax)
    E-mail:  seckarlaw@mindspring.com

    For Defendant:
    Teresa H. Abbott
    Special Assistant United States Attorney

    *Mailing Address:*
    *1961 Stout Street, Suite 1001A*
    *Denver, Colorado  80294*
    E-mail: Teresa.Abbott@ssa.gov

    *Street Address:*
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    (303) 454-0100
    (303) 454-0404 (fax)

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.    Date Complaint Was Filed:** May 23, 2006

    **B.    Date Complaint Was Served on U.S. Attorney's Office:** June 7, 2006

    **C.    Date Answer and Administrative Record Were Filed**: August 7, 2006

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

*The parties state that the record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

*The parties state there is no additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

*The parties state that this case raises no unusual claims or defenses.

**7.    OTHER MATTERS**

None.

**8.    PROPOSED BRIEFING SCHEDULE**

    **A.    Plaintiff's Opening Brief Due:** October 8, 2006

    **B.    Defendant's Response Brief Due:** November 8, 2006

    **C.    Plaintiff's Reply Brief (If Any) Due:** November 23, 2006

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

   A.   **Plaintiff's Statement:** Plaintiff does not request oral argument

   B.   **Defendant's Statement:**  Defendant does not request oral argument.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

   A.   ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

   B.   (X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

   DATED this 29 day of August, 2006.

                                           BY THE COURT:


                                            S/John L. Kane
                                           U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Michael A. Desaulniers | WILLIAM J. LEONE |
| MICHAEL A. DESAULNIERS | UNITED STATES ATTORNEY |
| Law Office of Michael W. Seckar, P.C. | |
| 402 W. 12th Street | s/ Kurt J. Bohn |
| Pueblo, CO 81003 | KURT J. BOHN |
| (719) 543-8636 | |
| seckarlaw@mindspring.com | Assistant U.S. Attorney |
| | 1225 Seventeenth Street, Suite 700 |
| Attorney for Plaintiff | 17th Street Plaza |
| | Denver, Colorado 80202 |
| | Telephone: (303) 454-0100 |
| | kurt.bohn@usdoj.gov |

s/ Teresa H. Abbott
By: Teresa H. Abbott
Special Assistant U.S. Attorney
teresa.abbott@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant